Circuit Court for Montgomery County
Case No. C-15-CV-23-004631
Argued: March 3, 2025

IN THE SUPREME COURT

OF MARYLAND

AG No. 23

September Term, 2023

---

ATTORNEY GRIEVANCE COMMISSION
OF MARYLAND

v.

GARY PISNER

---

Fader, C. J.,
Watts
Booth
Biran
Gould
Eaves
Killough,

JJ.

---

PER CURIAM

---

Filed: March 5, 2025

|  | * | IN THE |
|---|---|---|
| ATTORNEY GRIEVANCE | * | |
| COMMISSION OF MARYLAND | | SUPREME COURT |
| | * | |
| | | OF MARYLAND |
| v. | * | |
| | | AG No. 23 |
| GARY PISNER | * | |
| | | September Term, 2023 |
| | * | |

## ORDER

For the reasons to be stated in an opinion to be filed later, it is this 5th day of March 2025, by the Supreme Court of Maryland,

ORDERED that, effective immediately, Respondent Gary Pisner is disbarred from the further practice of law in the State of Maryland; and it is further

ORDERED that the Clerk of this Court shall strike the name of Gary Pisner from the register of attorneys, and the Clerk shall comply with the notice provisions of Rule 19-761(b); and it is further

ORDERED that Gary Pisner shall pay all costs as assessed by the Clerk pursuant to Rule 19-709, including the costs of any transcripts, and judgment for the amount of the costs is entered in favor of the Attorney Grievance Commission and against Gary Pisner.



/s/ Matthew J. Fader
Chief Justice

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk